LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNDERWOOD & WONG PRODUCE, INC., a corporation; SUNTERRA PRODUCE TRADERS, INC., a corporation; MM USA, INC., a corporation; VAL-PRO, INC., a corporation d/b/a VALLEY FRUIT & PRODUCE COMPANY; RHA TRADING, INC., a corporation d/b/a RHA GROUP,<br><br>Plaintiffs,<br><br>and,<br><br>GARGIULO, INC.,<br><br>Plaintiff in Intervention<br><br>v.<br><br>R.A.R. ENTERPRISES, INC., a corporation, d/b/a RAMIREZ BROS.; RAUL ALFONSO RAMIREZ, an individual,<br><br>Defendants. | Case No. CV-09-8462 VBF (RNBx)<br><br>**JUDGMENT AGAINST DEFENDANT R.A.R. ENTERPRISES, INC., a corporation, d/b/a RAMIREZ BROS. AND RAUL ALFONSO RAMIREZ** |

Having read and considered Plaintiffs' Ex Parte Application To Reinstate Action and Enter Judgment Pursuant to Stipulation, and all supporting pleadings and exhibits

1

submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs UNDERWOOD & WONG PRODUCE, INC., SUNTERRA PRODUCE TRADERS, INC., MM USA, INC., VAL-PRO, INC., d/b/a VALLEY FRUIT & PRODUCE CO.; RHA TRADING, INC., d/b/a RHA GROUP, and Intervening Plaintiff GARGIULO, INC. and against Defendants R.A.R. ENTERPRISES, INC., a corporation, d/b/a RAMIREZ BROS and RAUL ALFONSO RAMIREZ, jointly and severally, in the cumulative amount of $455,303.92, itemized as follows:

**Underwood & Wong Produce, Inc.**

    A. Principal: $24,868.50.

    B. Finance Charges: $9,374.46 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through May 2, 2011,

    C. Attorneys Fees: $3,385.07.

    D. Payments: Less payments received totaling $3,910.50.

**Sunterra Produce Traders, Inc.**

    A. Principal: $32,314.44.

    B. Finance Charges: $11,829.17 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through May 2, 2011.

    C. Attorneys Fees: $4,399.74.

    D. Payments: Less payments received totaling $5,082.00.

**MM USA, Inc.**

    A. Principal: $92,700.00.

    B. Finance Charges: $38,436.08 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through May 2, 2011.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

|   |   |   |
|---|---|---|
| C. Attorneys Fees: | $28,015.43. | |
| D. Payments: | Less payments received totaling $14,580.50. | |

**Val-Pro, Inc., d/b/a Valley Fruit & Produce Co.**

A. Principal: $16,591.31.

B. Finance Charges: $4,452.95 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through May 2, 2011.

C. Attorneys Fees: $1,163.02.

D. Payments: Less payments received totaling $2,612.50.

**RHA Trading, Inc., d/b/a RHA Group**

A. Principal: $53,126.50.

B. Finance Charges: $19,462.40 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through May 2, 2011.

C. Attorneys Fees: $294.21.

D. Payments: Less payments received totaling $8,354.50.

**Gargiulo, Inc.**

A. Principal: $130,070.35

B. Finance Charges: $35,138.03 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through May 2, 2011.

C. Attorneys Fees: $4,000.00.

D. Payments: Less payments received totaling $20,460.00.

All judgment amounts qualify for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*], subject to revision pursuant to Rule 54(b) in the event the Court subsequently determines that

additional sums are due and owing to Plaintiff MM USA, INC. from Defendants R.A.R. ENTERPRISES, INC. d/b/a RAMIREZ BROS and RAUL ALFONSO RAMIREZ.

Plaintiffs and Intervening Plaintiff are further entitled to receive post-judgment interest at the rate of 18% per annum on all sums due under this judgment from May 3, 2011 until fully paid.

The Clerk shall enter judgment forthwith.

THIS ORDER IS ISSUED  May 9, 2011

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
U.S. DISTRICT COURT JUDGE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953